■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES R. JACKSON, Appellant. — Judgment of the County Court, Westchester County (Cowhey, J.), rendered March 24, 1981, affirmed. ¶ Defendant's claim that his arrest was not supported by probable cause has not been preserved for appellate review. In any event, probable cause for the arrest did exist. Mollen, P. J., Thompson, Rubin and Lawrence, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLENN KELLY, Appellant. — Appeal by defendant from an amended judgment of the Supreme Court, Suffolk County (McInerney, J.), rendered April 25, 1983, convicting him of a violation of probation, upon a plea of guilty, and imposing sentence. ¶ Amended judgment affirmed. ¶ We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application to withdraw as counsel is granted (see *Anders v California*, 386 US 738; *People v Paige*, 54 AD2d 631; cf. *People v Gonzalez*, 47 NY2d 606). Titone, J. P., O'Connor, Brown and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY LEE, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Spodek, J.), rendered August 19, 1981 convicting him of murder in the second degree, robbery in the first degree, and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence. ¶ Judgment modified, on the law, by reversing defendant's convictions of murder in the second degree and robbery in the first degree, and the sentences imposed thereon, and those counts of the indictment are dismissed. As so modified, judgment affirmed. (See *People v Parker*, 96 AD2d 1063.) Thompson, J. P., Weinstein, Rubin and Lawrence, JJ., concur.